# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2019

## NO. 03-19-00053-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**City of Carrollton, Texas, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on January 10, 2019. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.